## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

NORMA RIVERA TORRES, ET AL.,

    Plaintiff(s)

    v.                                    Civ. No. 97-2834 (PG)

UNITED STATES OF AMERICA,

    Defendant(s)



| MOTION | ORDER |
|---|---|
| Docket #40 - Motion for Extension of Time | *Granted* |

Date: September _17_, 1999.

                              JUAN M. PEREZ-GIMENEZ
                              U.S. District Judge

