# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

<u>MINUTES OF PROCEEDINGS</u>

HONORABLE JUAN M. PEREZ-GIMENEZ                DATE:   December 16, 1999

COURTROOM DEPUTY: Lida Isis EGELE               CIVIL CASE:   97-2834 (PG)

===================================================================

NORMA RIVERA TORRES, et al                      <u>Attorneys:</u>

vs.

UNITED STATES OF AMERICA
et al

---

The Court received a call from plaintiff's counsel, John Mudd, informing that a settlement agreement had been reached in this case. By Order of the Court the parties are granted 10 days to file the settlement papers.

                                                              Lida Isis EGELE
                                                              Courtroom Deputy

s/c:   John Mudd
        Anselmo Irizarry
        Iván Domínguez
        José H. Vivas
        Humberto Vázquez
        AUSA Lisa Bhatia