UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

NORMA RIVERA-TORRES, et al.,
    Plaintiffs,

v.                                   Civil No. 97-2834(PG)

UNITED STATES OF AMERICA,
    Defendant.

| MOTION | ORDER |
|---|---|
| Docket #49 - Stipulation For Compromise Settlement. | *approved* |

Date: ~~February~~ March 23, 2000.

*/s/ Juan M. Pérez-Giménez*
JUAN M. PEREZ-GIMENEZ
U.S. District Judge