UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

NORMA RIVERA-TORRES, et al,    *
    Plaintiffs,    *
       *
    v.    *    CIVIL NO. 97-2834 (PG)
       *
UNITED STATES OF AMERICA,    *
    Defendant.    *

## J U D G M E N T

On this same date the Court entered an order approving the Stipulation For Compromise Settlement motion (Docket No. 49) signed by the parties, Norma Rivera-Torres, Tanya Sanchez-Rivera, Melissa Sánchez-Rivera, Jessica Sánchez-Rivera, Antero Rivera-Lebrón, and Carmen Lydia Torres, herein the plaintiffs, and the United States of America, the defendant. WHEREFORE, it is

**ORDERED AND ADJUDGED** that said stipulation for compromise settlement be and is hereby binding between the parties. FURTHER, it is

**ORDERED AND ADJUDGED** that said settlement agreement be and is hereby made part of this judgment as though set forth *in extenso*.

FURTHER, it is

**ORDERED AND ADJUDGED** that the above style action be **DISMISSED with prejudice.**

San Juan, Puerto Rico _March 29_, 2000.

_____
JUAN M. PEREZ-GIMENEZ
U.S. District Judge

AO 72A
(Rev. 8/82)