UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

NORMA RIVERA-TORRES, et al,     *
    Plaintiffs,     *
                               *
        v.     *      CIVIL NO. 97-2834(PG)
                               *
UNITED STATES OF AMERICA,     *
    Defendant.     *

## A M E N D E D   J U D G M E N T
### NUNC PRO TUNC

On March 29, 2000 the Court entered an order approving the Stipulation For Compromise Settlement motion (Docket No. 49) signed by the parties, Norma Rivera-Torres, Tanya Sanchez-Rivera, Melissa Sánchez-Rivera, Jessica Sánchez-Rivera, Antero Rivera-Lebrón, and Carmen Lydia Torres, herein the plaintiffs, and the United States of America, the defendant. WHEREFORE, it is

**ORDERED AND ADJUDGED** that said stipulation for compromise settlement be and is hereby binding between the parties. FURTHER, it is

**ORDERED AND ADJUDGED** that said settlement agreement be and is hereby made part of this judgment as though set forth *in extenso*.

FURTHER, it is

**ORDERED AND ADJUDGED** that the above style action between plaintiffs and defendant, United States of America, be **DISMISSED with prejudice**.

San Juan, Puerto Rico _April_ _12_, 2000.

                                           JUAN M. PEREZ-GIMENEZ
                                           U.S. District Judge

AO 72A
(Rev. 8/82)