UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

NORMA RIVERA-TORRES, ET AL.,
    Plaintiffs,

       v.                          Civil No. 97-2834(PG)

UNITED STATES OF AMERICA,
    Defendant.

| MOTION | ORDER |
|---|---|
| Docket #55 - Informative Motion. | **NOTED.** |
| Docket #56 - Motion Requesting Order To Show Cause. | **DENIED.** |
| Docket #57 - Opposition To Motion Requesting Order To Show Cause. | **GRANTED.** |

Date: _____ 13, 2000.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge