UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

NORMA RIVERA-TORRES, ET AL.,
    Plaintiffs,

v.                                          Civil No. 97-2834(PG)

UNITED STATES OF AMERICA,
    Defendant.

v.

DR. RAFAEL MERCADO SILE, ET AL.
    Third Party Defendants.

| MOTION | ORDER |
|---|---|
| Docket #60 - MOTION FOR LEAVE SUPPLEMENT SIMED'S MOTION FOR SUMMARY JUDGMENT. | **DENIED.** SIMED provides absolutely no justification for filing this motion essentially three years late. |

Date: November 21, 2000.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge